# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KEIONA ELLIOTT, | ) | |
| | ) | No. 20 cv 2706 |
| Plaintiff, | ) | |
| v. | ) | The Honorable Gary S. Feinerman |
| | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| BOARD OF EDUCATION OF THE | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Keiona Elliott and Defendant Board of Education of the City of Chicago, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, with prejudice, all matters having been resolved, with each Party to bear their own fees and costs.

Date: November 4, 2022

Respectfully Submitted,

| **Keiona Elliott** | **Board of Education of the City of Chicago** |
|---|---|
| /s/ Edward R. Moor | /s/ Lindsey E. Goldberg |
| Edward R. Moor | One of its Attorneys |
| Moor Law Office, P.C. | Lindsey E. Goldberg |
| 53 W. Jackson Blvd., Suite 1527 | Board of Education for the City of Chicago |
| Chicago, Illinois 60604 | Law Department |
| (312) 726-6207 | One North Dearborn Street, Suite 900 |
| erm@moorlaw.net | Chicago, Illinois 60602 |
| | legoldberg@cps.edu |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/ Edward R. Moor